**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER FOSTER, | ) | CASE NO. 4:25-cv-295 |
| | ) | |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| NORTHEAST OHIO CORRECTIONAL | ) | |
| CENTER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Christopher Foster, *pro se*, filed what he styles as a "Request For Leave to Prove Need for IFP Status on My Appeal or Rule 59" (Doc. No. 59) and an "Amended Rule 59 Motion for Leave to File About I.F.P. Appeal Authorization." (Doc. No. 60.) In his filings, Foster requests "for this Court to reconsider [the Court's prior order on Foster's previous Rule 60 motion] or allow [Foster] leave [to prove] why [he] need[s] to appeal IFP status for a day in Court[.]" (Doc. No. 59, at 4 (third brackets in original)) and for the Court "to enforce promissory estopple [SIC] by allowing [Foster] to file for leave to appeal I.F.P. status, or by preventing a manifest injustice through reopening [the] case[.]" (Doc. No. 60, at 5.) But Foster is a restricted filer in this district. *Foster v. Off. of Chief Inspector, Ohio Dep't of Rehab. & Correction*, No. 4:26-cv-476, 2026 WL 1694287, at *3–4 (N.D. Ohio June 11, 2026). He may not file "any documents in any civil case— future, pending, or terminated—in the Northern District of Ohio unless that filing is reviewed, certified, and signed by an attorney in good standing and admitted to practice in this District." *Id.* at *3. The only exception is "the filing of timely notices of appeal to [the] Sixth Circuit and

documents filed in furtherance of such appeals." *Id.* at *4.

Foster's filings are not signed by an attorney. And the Court does not construe the filings as notices of appeal because they fail to state which order or judgment he seeks to appeal or name the court to which the appeal is to be taken—both requirements for any notice of appeal under the Federal Rules of Appellate Procedure. Fed. R. App. P. 3(c)(1). Because Foster's filings are neither signed by an attorney nor a timely notice of appeal, the Court STRIKES the filings (Doc. Nos. 59–60) with no further consideration.

**IT IS SO ORDERED**.

Dated: August 11, 2026

_____

**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

2